**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-7970

ISAAC LEE WOODS,

Plaintiff - Appellant,

v.

COUNTY OF WILSON; WILSON COUNTY MANAGER; WAYNE GAY, Sheriff
of Wilson County; R. S. JOHNSON, Jail Administrator;
DEPUTY/OFFICER "A"; DEPUTY/OFFICER "B"; DEPUTY/OFFICER "C";
DEPUTY/OFFICER "D"; DEPUTY/OFFICER "E"; INMATE A; UNITED
STATES MARSHAL SERVICE; 13 THRU 24 DEPUTY U.S. MARSHAL "A"
THRU "K"; UNITED STATES MARSHAL EASTERN DISTRICT OF NORTH
CAROLINA; COUNTY OF WAKE; WAKE COUNTY MANAGER; DONNIE
HARRISON, Sheriff of Wake County; FRANK O. GUNTER, Director
of Detention Service Wake County; 30 THRU 33 DEPUTY/OFFICER
"A" THRU "D"; WAKE COUNTY NURSE "A"; WESTERN TIDEWATER
REGIONAL JAIL; JEFFREY L. NEWTON, Superintendent; MEDICAL
DIRECTOR, Western Tidewater Regional Jail; MEDICAL DOCTOR;
NURSE "A", Western Tidewater Regional Jail; 40 THRU 45
OFFICER "A" THRU "F", Western Tidewater Regional Jail;
FEDERAL BUREAU OF PRISONS; WARDEN; L. WILES, M.D.; M.
COOVER, Paramedic; NURSE "A", Federal Transfer Center;
WARDEN, F.D.C. Philadelphia; MEDICAL DIRECTOR, F.D.C.
Philadelphia; M. PENA SILVA, RN, F.D.C. Philadelphia;
WARDEN, M.D.C. Brooklyn; MEDICAL DIRECTOR, M.D.C. Brooklyn;
PHYSICAL ASSISTANCE, M.D.C. Brooklyn; NURSE, M.D.C.
Brooklyn; CAROLYN SABOL, Warden, F.M.C. Devens; K. TRACEY,
Assoc. Warden of Medical, F.M.C. Devens; C. HOWARD, M.D.,
F.M.C. Devens; H. BEAM, M.D., F.M.C. Devens; M. HOWES, LPN,
F.M.C. Devens; M. MONTCALRO, PAC, F.M.C. Devens; MEDICAL
DIRECTOR, F.M.C. Devens; WAYNE PHILLIPS, Warden; JOEL
SIEGLER, Warden, F.C.I. Morgantown; J.G. ESPARZA, Assoc.
Warden; MICHAEL WATERS, M.D., F.C.I. Morgantown; LEWIS
BRESCOACH, Medical Director, F.C.I. Morgantown; RENEE
CROGAN, Asst. Medical Director, F.C.I. Morgantown; PAUL
EDWARDS, Counselor, F.C.I. Morgantown; KENNETH ADAMS, Unit
Manager, F.C.I. Morgantown; DANIEL SHAW, F.C.I. Morgantown;
R. TRYBUS; DURANCKO; CHERYL VANHORN, OD; WILLIAM LAYHUE;

RAMOS; KIM M. WHITE; WILSON COUNTY JAIL NURSE; D. SCOTT DODRILL; MARK MANSELL,

                    Defendants - Appellees.

———————————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Terrence W. Boyle, District Judge.  (5:10-ct-03118-BO)

———————————————

Submitted:  June 13, 2014                    Decided:  July 8, 2014

———————————————

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

———————————————

Affirmed by unpublished per curiam opinion.

———————————————

Isaac Lee Woods, Appellant Pro Se.  James R. Morgan, Jr., WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Winston-Salem, North Carolina; John Albert Maxfield, Roger Allen Askew, COUNTY ATTORNEY'S OFFICE FOR THE COUNTY OF WAKE, Raleigh, North Caronia; Edward D. Gray, Assistant United States Attorney, Raleigh, North Carolina; Jim H. Guynn, Jr., Cathleen Kailani Memmer, GUYNN, MEMMER & DILLON, PC, Salem, Virginia; Heather Graham Connor, Jeffrey Brandt Kuykendal, MCANGUS, GOUDELOCK & COURIE, LLC, Charlotte, North Carolina, for Appellees.

———————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Isaac Lee Woods appeals the district court's judgment dismissing his civil rights complaint. We have reviewed the court's orders and the record and affirm substantially for the reasons stated by the district court. See Woods v. County of Wilson, No. 5:10-ct-03118-BO (E.D.N.C. Feb. 6, 2014). Insofar as the court dismissed the complaint without prejudice against Wake County and the Wake County Defendants for failing to exhaust administrative remedies, even if the Defendants failed to show that Woods had available administrative remedies that he failed to utilize, we affirm on the basis that Woods failed to state a claim against those Defendants. See Ellis v. Louisiana-Pacific Corp., 699 F.3d 778, 786-87 (4th Cir. 2012) (this court may affirm on alternate grounds). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED